UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:17-cv-10025-LTS

SAMANTHA WHITEHEAD, ET. AL.
*Plaintiffs,*

v.

INOTEK PHARMACEUTICALS CORPORATION, ET. AL.
*Defendants*

CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

In accordance with the Court's Order (CM/ECF No. 58) issued on June 27, 2018, allowing Defendants' Motion to Dismiss the Second Amended Complaint, this case is hereby dismissed and closed.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT COURT

June 27, 2018